IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD REINER *et al.*, | No. 4:24-CV-00493 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| NORTHUMBERLAND COUNTY *et al.*, | |
| Defendants. | |

## ORDER

MAY 15, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Community Life Team's Motion to Dismiss (Doc. 6) is **GRANTED**; and

    a. All counts (Counts I, II, III, IV, and V) against Community Life Team are dismissed without prejudice.

2. Defendants Kymberly L. Best, Russell Fellman, Joseph M. Klebon, Samuel J. Schiccatano, Northumberland County, and Northumberland County Board of Commissioners' Motion to Dismiss (Doc. 3) is **GRANTED**; and

    a. All counts (Counts I and II) against these defendants are dismissed with prejudice.

3.      The Clerk of Court is directed to **CLOSE** this case.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge